## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J M SMITH CORPORATION d/b/a, SMITH DRUG COMPANY, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA L.P.; ASTRAZENECA UK LIMITED; HANDA PHARMACEUTICALS, LLC; and PAR PHARMACEUTICAL, INC.,<br><br>                Defendants. | Case No. 19-cv-07233 |

### MOTION FOR APPOINTMENT OF GARWIN GERSTEIN & FISHER LLP AS INTERIM LEAD COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 23(g), Plaintiff J M Smith Corporation d/b/a Smith Drug Company ("Smith Drug") respectfully moves this Court for the appointment of Garwin Gerstein & Fisher LLP ("Garwin") as lead counsel in the above-captioned litigation. In support of this motion, and contemporaneously herewith, Smith Drug submits the accompanying:

    A. Memorandum of Law;

    B. Declaration of Kimberly Hennings annexing Exhibit 1 (the Garwin firm resume); and

    C. Proposed Order

Dated: September 27, 2019                              Respectfully submitted,

/s/ *Kimberly M. Hennings*

| | |
|---|---|
| Stuart E. Des Roches | Bruce E. Gerstein |
| Andrew W. Kelly | Joseph Opper |
| Odom & Des Roches, LLC | Kimberly M. Hennings |
| 650 Poydras Street, Suite 2020 | Dan Litvin |
| New Orleans, LA 70130 | Garwin Gerstein & Fisher LLP |
| Tel: (504) 522-0077 | 88 Pine Street, 10th Floor |
| stuart@odrlaw.com | New York, NY 10005 |
| akelly@odrlaw.com | Tel: (212) 398-0055 |
| | bgerstein@garwingerstein.com |
| | jopper@garwingerstein.com |
| | khennings@garwingerstein.com |
| | dlitvin@garwingerstein.com |
| Russell A. Chorush | Susan C. Segura |
| Heim Payne & Chorush, LLP | David C. Raphael, Jr. |
| 1111 Bagby, Suite 2100 | Erin R. Leger |
| Houston, TX 77002 | Smith Segura Raphael & Leger LLP |
| Tel: (713) 221-2000 | 3600 Jackson Street, Suite 111 |
| rchorush@hpcllp.com | Alexandria, LA 71303 |
| | Tel: (318) 445-4480 |
| | ssegura@ssrllp.com |
| | draphael@ssrllp.com |
| | eleger@ssrllp.com |
| David F. Sorensen | Peter Kohn |
| Caitlin G. Coslett | Joseph T. Lukens |
| Michaela L. Wallin | Faruqi & Faruqi, LLP |
| Berger Montague PC | 1617 John F Kennedy Blvd., Suite 1550 |
| 1818 Market Street, Suite 3600 | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | (215) 277-5770 |
| (215) 875-3000 | pkohn@faruqilaw.com |
| dsorensen@bm.net | jlukens@faruqilaw.com |
| ccoslett@bm.net | |
| mwallin@bm.net | |

***Counsel for J M Smith Corporation d/b/a Smith Drug Company and the putative direct purchaser class.***

## **CERTIFICATE OF SERVICE**

I, Kimberly Hennings, certify that, on this date, the foregoing documents were served on all counsel of record by filing via the Court's CM/ECF system.

Dated: September 27, 2019             */s/ Kimberly Hennings*
                                      Kimberly Hennings