**GARWIN GERSTEIN & FISHER** LLP

88 Pine Street, 10th Floor, New York, NY 10005 | Telephone: (212) 398-0055 | Fax: (212) 764-6620

| | | |
|---|---|---|
| Bruce E. Gerstein | Kimberly M. Hennings | Anna Tydniouk |
| Scott W. Fisher | Elena K. Chan | Aakruti G. Vakharia |
| Joseph Opper | Dan Litvin | |
| Noah H. Silverman | Jonathan M. Gerstein | |

Sender's e-mail: khennings@garwingerstein.com

July 8, 2020

**VIA ECF**

Honorable Colleen McMahon
Chief Judge, United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

      RE:    *J M Smith Drug Corp. v. AstraZeneca Pharmaceuticals LP, et al.,* No. 1:19-cv-07233-CM-SLC

Dear Judge McMahon:

      I represent the direct purchaser class plaintiffs in the above-captioned litigation and write with respect to a related direct purchaser litigation assigned to this Court, *KPH Healthcare Services, Inc. v. AstraZeneca Pharmaceuticals, LP, et al.*, No. 1:20-cv-01096.

      We learned of this case just today. The *KPH Healthcare* complaint was filed on February 7, 2020, (*see* ECF No. 1 at No. 20-1096), and is largely identical to the J M Smith complaint filed in August 2019. Yet, counsel for KPH did not mark its complaint as a related action. *See* ECF No. 2 at No. 20-1096 (Civil Cover Sheet). It appears that more than a month later counsel for KPH filed a Statement of Relatedness, (*see* ECF No. 21 at No. 20-1096), but no service of that document was made on J M Smith or its lawyers.

      It appears that counsel for KPH then moved for the appointment of Dianne M. Nast as Interim Lead Counsel for the direct purchaser class, (*see* ECF No. 48 at No. 20-1096), but this was not served on J M Smith or its counsel, either, even though KPH's motion acknowledged that J M Smith had previously filed a motion for the appointment of Garwin Gerstein & Fisher as Interim Lead Counsel for the direct purchaser class in September 2019.

      It was fortuitous that a docket search performed today turned up the KPH Healthcare case. We now seek the Court's directive. Should the Court desire counsel for J M Smith to submit a response to KPH's lead counsel appointment motion, or a formal motion for consolidation of all direct purchaser cases, counsel will do so.

Respectfully submitted,

*/s/ Kimberly Hennings*

Garwin Gerstein & Fisher LLP
88 Pine Street, 10th Floor
New York, NY 10005
khennings@garwingerstein.com

*Counsel for J M Smith*

cc (via electronic mail):    Counsel of Record for Defendants; Counsel of Record for KPH Healthcare