# GARWIN GERSTEIN & FISHER LLP

Bruce E. Gerstein  
Scott W. Fisher  
Joseph Opper  
Noah H. Silverman  

Kimberly M. Hennings  
Elena K. Chan  
Dan Litvin  
Jonathan M. Gerstein  

Anna Tydniouk  
Aakruti G. Vakharia  

Sender's e-mail: khennings@garwingerstein.com

July 8, 2020

**VIA ECF**

Honorable Colleen McMahon  
Chief Judge, United States District Court  
Southern District of New York  
500 Pearl Street, Room 2550  
New York, NY 10007

[USDC SDNY DOCUMENT ELECTRONICALLY FILED stamp]

Handwritten note: 7/8/2020 JM Smith may certainly do reply to KPH's file an opposition to motion.

RE: *J M Smith Drug Corp. v. AstraZeneca Pharmaceuticals LP, et al.*, No. 1:19-cv-07233-CM-SLC

Dear Judge McMahon:

**MEMO ENDORSED**

    I represent the direct purchaser class plaintiffs in the above-captioned litigation and write with respect to a related direct purchaser litigation assigned to this Court, *KPH Healthcare Services, Inc. v. AstraZeneca Pharmaceuticals, LP, et al.*, No. 1:20-cv-01096.

    We learned of this case just today. The *KPH Healthcare* complaint was filed on February 7, 2020, (*see* ECF No. 1 at No. 20-1096), and is largely identical to the J M Smith complaint filed in August 2019. Yet, counsel for KPH did not mark its complaint as a related action. *See* ECF No. 2 at No. 20-1096 (Civil Cover Sheet). It appears that more than a month later counsel for KPH filed a Statement of Relatedness, (*see* ECF No. 21 at No. 20-1096), but no service of that document was made on J M Smith or its lawyers.

    It appears that counsel for KPH then moved for the appointment of Dianne M. Nast as Interim Lead Counsel for the direct purchaser class, (*see* ECF No. 48 at No. 20-1096), but this was not served on J M Smith or its counsel, either, even though KPH's motion acknowledged that J M Smith had previously filed a motion for the appointment of Garwin Gerstein & Fisher as Interim Lead Counsel for the direct purchaser class in September 2019.

    It was fortuitous that a docket search performed today turned up the KPH Healthcare case. We now seek the Court's directive. Should the Court desire counsel for J M Smith to submit a response to KPH's lead counsel appointment motion, or a formal motion for consolidation of all direct purchaser cases, counsel will do so.

1

GARWIN
GERSTEIN
& FISHER

Respectfully submitted,

*/s/ Kimberly Hennings*

Garwin Gerstein & Fisher LLP
88 Pine Street, 10th Floor
New York, NY 10005
khennings@garwingerstein.com

*Counsel for J M Smith*

cc (via electronic mail): Counsel of Record for Defendants; Counsel of Record for KPH Healthcare